UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Ricky Lee Lidel,

                              Case No. 22-cv-02918 (KMM/LIB)

        Plaintiff,

v.                                  **ORDER**

Guy Bosch, et. al,

        Defendants.

The above matter comes before the Court upon the Report and Recommendation (R&R) of United States Magistrate Judge Leo I. Brisbois, dated February 28, 2023. No objections have been filed to that R&R in the permitted time period.

In the absence of objections, the Court reviews the R&R for clear error. *Nur v. Olmsted County*, 563 F. Supp. 3d 946, 949 (D. Minn. 2021) (citing Fed. R. Civ. P. 72(b) and *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam)). Based on the Court's careful review of the R&R and the record in this case, the R&R made no error, clear or otherwise.

    **IT IS HEREBY ORDERED**:

1. The Report and Recommendation [ECF No. 37] is **ACCEPTED**.

2. Mr. Lidel's Motion to Release Ill Prisoner [ECF No. 3] is **DENIED** without prejudice to the extent it seeks Plaintiff's immediate release from state prison.

3. Mr. Lidel's Motion for "Temporary and Permanent Injunction," [ECF No. 29] is **DENIED** without prejudice.

Date: July 13, 2023                              *s/ Katherine M. Menendez*
                                                 Katherine M. Menendez
                                                 United States District Judge