UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Ricky Lee Lidel,

            Plaintiff,

v.

Paul Schnell, et al.

           Defendants.

Case No. 22-CV-2918 (KMM/LIB)

**ORDER**

---

The above matter comes before the Court upon the Report and Recommendation (R&R) of United States Magistrate Judge Leo I. Brisbois, dated August 28, 2023. No objections have been filed to that R&R in the time period permitted.

The Court reviews de novo any portion of the R&R to which specific objections are made. 28 U.S.C. § 636(b)(1); D. Minn. LR 72.2(b). In the absence of objections, the Court reviews the R&R for clear error. *Nur v. Olmsted County*, 563 F. Supp. 3d 946, 949 (D. Minn. 2021) (citing Fed. R. Civ. P. 72(b) and *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam)). Based on the Court's careful review of the R&R and the record in this case, the Magistrate Judge committed no error, clear or otherwise, and the R&R is adopted in full.

    **IT IS HEREBY ORDERED** that:

1. Plaintiff's Amended Complaint (ECF 39-1) is **DISMISSED** without prejudice due to Plaintiff's failure to submit service forms for any defendant in this case, in compliance with the Court's Order of May 12, 2023 (ECF 43).

**Let Judgment Be Entered Accordingly.**

Date: **February 2, 2024**

*s/ Katherine M. Menendez*
Katherine M. Menendez
United States District Judge